### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NELSON "BUTCH" EVANS, pro se, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 07cv0822 |
| | ) | |
| RICHARD CHENEY and | ) | |
| NANCY PELOSI, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO SHOW CAUSE

**AND NOW**, this 3rd day of October, 2007,  it appearing that Plaintiff was ordered on September 11, 2007, to file his response to Defendants' Motion to Dismiss on or before October 1, 2007, and it further appearing that Plaintiff has failed to submit any response, in violation of the Court's order,

It is hereby **ORDERED** that Plaintiff shall show cause on or before **October 10, 2007,** why the Court should not decide the motion to dismiss in the absence of his response or otherwise dismiss the case upon his failure to prosecute.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:      Nelson Butch Evans
          712 Twelfth Street
          Apartment 415
          Beaver Falls, PA 15010

          Megan E. Farrell,
          Assistant U.S. Attorney
          Email: megan.farrell@usdoj.gov