# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NELSON "BUTCH" EVANS, pro se, )
)
            Plaintiff, )
)
            v. )     02: 07cv0822
)
RICHARD CHENEY and )
NANCY PELOSI, )
)
            Defendants. )

## ORDER OF COURT

**AND NOW**, this 28th day of November, 2007, it appearing that Plaintiff was ordered on September 11, 2007, to file his response to Defendants' Motion to Dismiss on or before October 1, 2007, and it further appearing that the Court granted Plaintiff an extension of time to file said response to November 9, 2007, and it further appear that Plaintiff has failed to submit any response in violation of the Court's order, it is hereby

**ORDERED, ADJUDGED AND DECREED** that said Motion to Dismiss is unopposed and, therefore, the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

The Clerk shall docket this case closed.

                                      BY THE COURT:

                                      s/Terrence F. McVerry
                                      United States District Court Judge

cc: Nelson Butch Evans
712 Twelfth Street
Apartment 415
Beaver Falls, PA 15010

Megan E. Farrell,
Assistant U.S. Attorney
Email: megan.farrell@usdoj.gov